IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>               Plaintiff,               )<br>                                                     )<br>     vs.                                         )<br>                                                     )<br>JUSTIN JAMES ALLEE,            )<br>                                                     )<br>               Defendant.             ) | 8:00CR83<br><br>ORDER |

This matter is before the court on the defendant's "Motion for Extension of Time to File Motion to Alter or Amend the Judgment." Filing No. 300.

IT IS, THEREFORE, ORDERED THAT:

1. Defendant's "Motion for Extension of Time to File Motion to Alter or Amend the Judgment," Filing No. 300, is granted; and

2. Defendant is granted until October 17, 2005 in which to file a motion to alter or amend the judgment. The government shall have two weeks thereafter in which to respond.

DATED this 30th day of August, 2005.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge