# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:00CR83 |
| | ) | |
| v. | ) | |
| | ) | |
| JUSTIN JAMES ALLEE, | ) | AMENDED JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Amended Motion under 28 U.S.C. § 2255 to vacate is dismissed.

DATED this 18th day of August, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge