IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:00CR83 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUSTIN J. ALLEE, | ) | |
| | ) | |
| Defendant. | ) | |

     This matter is before the court on defendant's petition for a writ of audita querela, Filing No. 329, and motion for leave to proceed informa pauperis, Filing No. 330. The court has carefully reviewed the requests and finds they must be denied. The petition is used by the defendant to attempt to circumvent the law on habeas corpus petitions, 28 U.S.C. § 2255. Defendant previously filed his § 2255 action, Filing No. 265 and Filing No. 278. The court ruled on it, Filing No. 285 and Filing No. 307, and denied relief. Defendant appealed, Filing No. 290 and Filing No. 309, and the Eighth Circuit ultimately denied the petition, Filing No. 319 and Filing No. 323. Defendant then tried to file an amended § 2255 petition, Filing No. 327, which this court denied, Filing No. 328. The court will once again deny defendant's motion and petition as frivolous and without merit.

     THEREFORE, IT IS ORDERED that defendant's petition, Filing No. 329, and motion, Filing No. 330, are denied as frivolous.

     DATED this 31st day of January, 2011.

                       BY THE COURT:

                       s/ Joseph F. Bataillon
                       Chief District Judge

---

     *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.