IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>JUSTIN ALLEE,<br><br>        Defendant. | **8:00CR83 and 8:05CV229**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to appoint counsel and motion for reduction of sentence.  05cv229, Filing No. 80; and 00cr83, Filing Nos. 361 and 363.  The Court having reviewed the motions will order the government to respond.

THEREFORE, IT IS ORDERED THAT the government shall respond to 05cv229, Filing No. 80; and 00cr83, Filing Nos. 361 and 363 within 30 days of the date of this Order.

Dated this 9th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge