IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUSTIN J. ALLEE,<br><br>    Defendant. | **8:00CR83**<br><br>**ORDER** |

This matter is before the Court on the defendant's motion to file a reply brief, Filing No. 370. The Court has already ruled on the substantive motions, Filing No. 369. The Court does not need additional evidence or argument in this regard.

Therefore, it is ordered that the motion to file a reply brief, Filing No. 370, is denied.

Dated this 4th day of April, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge